1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10   RAMON ROMERO,                          )   CV 09-2216 SS
                                            )
11          Plaintiff,                      )   JUDGMENT OF REMAND
                                            )
12          v.                              )
                                            )
13   MICHAEL J. ASTRUE, Commissioner        )
     of Social Security Administration,     )
14                                          )
                                            )
15          Defendant.                      )
     _____)

16

17          The Court having received and approved Stipulation to Voluntary  Remand

18   pursuant to Sentence 4 of 42 U.S.C. § 405(g),

19          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

20   shall be entered remanding this action to the Commissioner of Social Security for

21   further action consistent with the Stipulation for Voluntary Remand pursuant to

22   Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the

23   within Judgment.

24          July 20                                /S/

25   Dated _____, 2010       _____

26                                SUZANNE H. SEGAL
                                  UNITED STATES MAGISTRATE JUDGE
27

28